GLENN L. METZGER ET AL., APPELLEES, V. ROYAL NEIGHBORS OF AMERICA, APPELLANT.*

FILED DECEMBER 14, 1909. No. 15,852.

Appeal: DISMISSAL. Where the record in a law action shows the filing of a motion for a new trial, but no ruling thereon by the trial court, the appeal will be dismissed as prematurely taken.

APPEAL from the district court for Harlan county: HARRY S. DUNGAN, JUDGE. *Appeal dismissed.*

*John D. Dennison, Jr., C. M. Miller* and *Perry & Lambe,* for appellant.

*John Everson* and *J. G. Thompson, contra.*

PER CURIAM.

This is an appeal from the district court for Harlan county. The action is for the amount alleged to be due upon a benefit certificate issued by defendant upon the life of Mary A. Metzger, now deceased. There was a jury trial, which resulted in a verdict in favor of plaintiffs, and upon which a judgment was immediately rendered. A motion for a new trial was filed, but the record shows no action thereon by the court. This being true, the appeal is prematurely taken, and the proceeding will for that reason have to be dismissed, which is done.

APPEAL DISMISSED.

* Judgment of dismissal vacated, and case resubmitted.